IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JUAN MANUEL FLORES-RUIZ, (A246 022 978)<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | Case No. 5:26-cv-03863-JMS-DTB<br><br>ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636, the court has reviewed the 28 U.S.C. § 2241 Petition regarding Petitioner Juan Manuel Flores-Ruiz (A246 022 978), as well as the record and filings in this case, along with the Magistrate Judge's July 27, 2026 Report and Recommendation. No party filed objections to the Report and Recommendation within the time permitted. *See* ECF No. 9 at PageID#:92; ECF No. 10 at PageID#:93. The court accepts the recommendations of the Magistrate Judge. Accordingly, IT IS ORDERED:

1. The July 27, 2026 Report and Recommendation is ACCEPTED;

2. The Petition, ECF No. 1, is GRANTED such that Respondents shall immediately release Petitioner Juan Manuel Flores-Ruiz (A246 022 978) from

custody, subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.  Respondents shall return all property confiscated from Petitioner (if any) during his arrest and processing into detention;

3.    Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them, are enjoined from re-detaining Petitioner without notice and a pre-detention hearing before a neutral arbiter at which the government bears the burden of showing that Petitioner is a flight risk or danger to the community;

4.    Respondents shall file a Notice of Compliance, confirming their compliance with the court's order, within two court days.  After such confirmation is received, judgment will be entered consistent with this Order.

DATED:  August 5, 2026.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge