JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JUAN MANUEL FLORES-RUIZ,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, et al.,<br><br>Respondents. | Case No. 5:26-cv-03863-JMS-DTB<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, ECF No. 11,

IT IS ADJUDGED that the Petition is granted. Respondents shall immediately release Petitioner Juan Manuel Flores-Ruiz (A246 022 978) from custody, subject to the same conditions (if any) that he was subject to at the time he was arrested and detained. Respondents shall return all property confiscated from Petitioner (if any) during his arrest and processing into detention.

Respondents and their officers, agents, employees, attorneys and persons

acting on their behalf in concert or in participation with them, are enjoined from re-detaining Petitioner without notice and a pre-detention hearing before a neutral arbiter at which the government bears the burden of showing that Petitioner is a flight risk or danger to the community.

Having received an appropriate Notice of Compliance, ECF No. 12, judgment is now entered consistent with the Order Accepting Magistrate Judge's Report and Recommendation.

DATED: August 14, 2026.

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge